

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 31, 2020

**BY ECF**

Honorable John F. Keenan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

MEMO ENDORSED

Re:  *United States v. Michael Pacheco*, 19 Cr. 855 (JFK)

Dear Judge Keenan:

    The Government respectfully writes, with the consent of the above-referenced defendant's attorney, David Ruhnke, Esq., to request a forty-five day adjournment of the status conference currently scheduled for September 9, 2020, at 11:30 a.m.  The parties' discussions regarding a disposition of this matter, including an in-person meeting pursuant to 18 U.S.C. § 3553(f)(5), have been delayed because of complications arising from COVID-19.  The proposed adjournment will allow the parties to complete their discussions.  For the same reasons, the parties request that time be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), and pursuant to Standing Order In Re: Coronavirus/COVID-19 Pandemic, No. 20 Misc. 196 (S.D.N.Y. June 11, 2020), until the date of the next conference.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney

by: _____
    Nicholas W. Chiuchiolo

```
Both sides in agreement, the Government's request is GRANTED.  The next
conference will be on October 27, 2020 at 11:00 a.m. in Courtroom 20-C.
The time between September 9, 2020, and October 27, 2020, shall be
excluded from speedy trial calculations pursuant to 18 U.S.C. § 3161 (h)
(7)(A) to allow the parties to continue to engage in discussions
regarding a possible pretrial disposition of this matter; to ensure the
health and safety of all parties in light of the health emergency caused
by the COVID-19 pandemic; and because the Court finds that the ends of
justice served by this exclusion outweigh the interests of the public
and the defendant in a speedy trial.

SO ORDERED.
Dated:  New York, New York
        September 1, 2020
```

    _____
    John F. Keenan
    United States District Judge