# RUHNKE & BARRETT
ATTORNEYS AT LAW

47 PARK STREET
MONTCLAIR, N.J. 07042
973-744-1000
973-746-1490 (FAX)

29 BROADWAY
SUITE 1412
NEW YORK, N.Y. 10006
212-608-7949

DAVID A. RUHNKE (davidruhnke@ruhnkeandbarrett.com)   ◊   JEAN D. BARRETT (jeanbarrett@ruhnkeandbarrett.com)

REPLY TO MONTCLAIR OFFICE

**MEMO ENDORSED**

September 26, 2019

CORRECTED LETTER-MOTION, ON CONSENT,
TO MODIFY CONDITIONS OF RELEASE

Served and Filed Via ECF
Hon. John F. Keenan, Senior Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-8-20

Re:   *United States v. Michael Pacheco*, 19-cr-855 (JFK)

Dear Judge Keenan:

This letter-motion is respectfully submitted, with the consent of the United States, for a one-time modification of the defendant's conditions of release to allow him to visit with his parents at their home in Westland, Michigan. If approved, Mr. Pacheco would depart New York on October 15, 2020 and return on October 18. His parents have purchased airline tickets for his travel. Pretrial services has no objection to the travel. The Government consents. Mr. Pacheco's parents have recently re-located to Michigan and it has been some time since he has been able to spend time with them.

Should the court have any questions or concerns, please advise the undersigned. Counsel would appreciate having a "so-ordered" copy of this letter posted to ECF. Your Honor's time and attention to this matter are appreciated.

```
The Government having no objection, Defendant's request is GRANTED.
Defendant must keep Pretrial Services informed of his travel.

SO ORDERED.

Dated:   New York, New York
         October 8, 2020
```

*/s/ John F. Keenan*
John F. Keenan
United States District Judge