USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-23-21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
      U.S.A.

        -V-

      Pacheco

------------------------------------X

#19 CR 855 (JFK)

With the consent of the Government, the defense request to adjourn the sentence is granted. The sentence is set for March 31, 2021 at 12:00 pm in Courtroom 20-C.

        SO ORDERED.

Dated: New York, New York

2-23-21

JOHN F. KEENAN
United States District Judge