UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
        U.S.A.

        -V-

        Pacheco

------------------------------X

#19 CR 855 (JFK)

The sentence in this case, set for Wednesday, March 31, 2021, has been rescheduled from 12 pm to **11:30 a.m.** in person, in Courtroom 20-C

SO ORDERED.

Dated: New York, New York

3-15-21

*/s/ John F. Keenan*
JOHN F. KEENAN
United States District Judge